UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOHN TIMOTHY JONES,

          Plaintiff,

    -against-

THE NEW YORK CITY POLICE
DEPARTMENT; THE CRIMINAL
COURT OF THE CITY OF NEW
YORK; THE LEGAL AID SOCIETY,

          Defendants.
------------------------------------------------------X
JOHN TIMOTHY JONES,

          Plaintiff,

    -against-

THE NEW YORK CITY POLICE
DEPARTMENT; THE CRIMINAL
COURT OF THE CITY OF NEW
YORK; THE LEGAL AID SOCIETY,

          Defendants.
------------------------------------------------------X

Civil Judgment

09 Civ. 00099 (HB)

      On January 7, 2009, the Court directed this *pro se* plaintiff to submit an amended complaint within sixty (60) days of the date of the Order. The Court warned plaintiff that his failure to comply with the Order would result in the dismissal of the action. Since plaintiff has failed to file an amended complaint as directed or otherwise communicate with the Court it is,

      ORDERED, ADJUDGED AND DECREED: That the consolidated complaints be and are hereby dismissed. See 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. §

1915(a)(3) that any appeal from this Order would not be taken in good faith. <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

_____
HAROLD BAER, JR.
United States District Judge

Dated: JUN 0 8 2009
New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 6/9/09 _____.

2